J. Edward Brooks, SBN 247767
Eliezer M. Cohen, SBN 302248
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: EBrooks@GavrilovLaw.com

Attorneys for Plaintiff
KENT ORR

James T. Jones (SBN 167967)
Phoebe M. Vu (SBN 291508)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: jonesj@jacksonlewis.com
phoebe.vu@jacksonlewis.com

Attorneys for Defendant
COVERALL NORTH AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KENT ORR,<br><br>  Plaintiff,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware corporation; and Does 1 through 50, inclusive,<br><br>  Defendants. | No. 2:16-cv-02891-WBS-DB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

WHEREAS, the close of non-expert discovery in this matter is currently scheduled for March 30, 2018;

- I -
STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER          Case No. 2:16-cv-02891-WBS-DB

WHEREAS, the parties have served initial disclosures and exchanged written discovery, but have not completed all necessary non-expert depositions;

WHEREAS, Plaintiffs counsel has multiple trials scheduled in March 2018, making it impracticable to complete the necessary depositions prior to the current deadline for non-expert discovery;

WHEREAS, the parties are currently meeting and conferring regarding settlement and possible mediation of this matter and wish to avoid unnecessary costs associated with depositions in the event they are able to settle and/or mediate this matter;

WHEREAS, the parties agree to modify the Status (Pretrial Scheduling) Order ("Scheduling Order") to provide for sufficient time to complete non-expert discovery and possibly engage in mediation. The parties have agreed, and therefore propose, modifying the Scheduling Order to change the last day to complete non-expert depositions from March 30, 2018 to May 29, 2018. The parties therefore agree to modify the Scheduling Order in the following ways and ask that the Court approve this modification:

COMPLETION OF NON-EXPERT DEPOSITIONS:    MAY 29, 2018

IT IS SO STIPULATED

Dated: March 2, 2018        GAVRILOV & BROOKS

By  /s/ *Eliezer M Cohen*
    J. Edward Brooks
    Eliezer Cohen
    Attorneys for Plaintiff
    KENT ORR

Dated: March 7, 2018        JACKSON LEWIS, P.C.

By  /s/ *James T. Jones*
    James T. Jones
    Phoebe M. Vu
    Attorneys for Defendant
    COVERALL NORTH AMERICA, INC.

<u>ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: March 13, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\orr2891.stip.sched.mod.ord

1