GAVRILOV & BROOKS
J. EDWARD BROOKS, SBN 247767
ELIZIER M. COHEN, SBN 302248
2315 Capitol Avenue
Sacramento, California 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com

Attorneys for Plaintiff
KENT ORR

JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: jonesj@jacksonlewis.com

Attorneys for Defendant
COVERALL NORTH AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENT ORR,<br><br>　　　　　Plaintiff,<br>　　v.<br>COVERALL NORTH AMERICA, INC., a Delaware corporation; and Does 1-50, inclusive,<br><br>　　　　　Defendants. | Case 2:16-CV-02891-WBS-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Complaint Filed:　October 6, 2016<br>Trial Date:　　　　January 8, 2019 |

/ / /

/ / /

/ / /

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff KENT ORR and Defendant COVERALL NORTH AMERICA, INC., by and through their respective attorneys, hereby stipulate the dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

GAVRILOV & BROOKS

Dated: June 25, 2018

By /s/ J. Edward Brooks
J. Edward Brooks
Elizier M. Cohen
Attorneys for Plaintiff
KENT ORR

JACKSON LEWIS P.C.

Dated: June 25, 2018

By /s/ James T. Jones
James T. Jones
Attorneys for Defendant
COVERALL NORTH AMERICA, INC.

**ORDER**

Based upon the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: July 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE